IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **:** | **CASE NO. 1:26-bk-01828 HWV** |
| **BRIAN JOSEPH LONG** | **:** | |
| **Debtor** | **:** | **CHAPTER 13** |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA, MEANS TEST, PAY STUBS, STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN**

**AND NOW comes Debtor, Brian Joseph Long, by and through his attorney, Gary J. Imblum, and respectfully represents:**

**1. Debtor filed a Chapter 13 Bankruptcy to the above term and number on June 26, 2026.**

**2. Debtor filed the bankruptcy as an emergency due to an upcoming Sheriff sale of his personal property.**

**3. Debtor's counsel has been unable to gather sufficient information necessary to file the schedules and plan due to the emergency filing.**

**4. Debtor filed a Motion to Extend Time to file documents on July 8, 2026 which was approved by Order dated July 10, 2026.**

**5. Debtor's schedules and plan are due to the Court on or before August 22, 2026.**

**6. It is estimated that Debtor's counsel will need an additional 30 days in order to file the bankruptcy schedules and plan.**

**WHEREFORE, Debtor respectfully requests that this Honorable Court issue an Order extending the deadline for Debtor to file the bankruptcy plan until September 21, 2026.**

**Respectfully submitted,**

**IMBLUM LAW OFFICES, P.C.**

*Gary Imblum*

**Gary J. Imblum**
**Attorney Id. No. 42606**
**4615 Derry Street**
**Harrisburg, PA 17111**
**(717) 238-5250**
**Fax No. 717 558-8990**
**Email: gary.imblum@imblumlaw.com**
**Attorney for Debtor**

**Dated: August 20, 2026**

## CERTIFICATE OF SERVICE

**I, Bernadette A. Davis, Paralegal, hereby certify that I have served a copy of the foregoing SECOND MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA, MEANS TEST, PAY STUBS, STATEMENT OF FINANCIAL AFFAIRS, AND CHAPTER 13 PLAN on the following person(s) by E-Service, addressed to:**

**JACK ZAHAROPOULOS ESQUIRE**
**CHAPTER 13 TRUSTEE**
**VIA E-SERVICE**

**IMBLUM LAW OFFICES, P.C.**

Bernadette A. Davis

**Bernadette A. Davis, Paralegal**
**4615 Derry Street**
**Harrisburg PA 17111**
**717 238-5250**
**Fax No. 717 558-8990**
**Email: gary.imblum@imblumlaw.com**

**Dated: August 20, 2026**

**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CASE NO. 1:26-bk-01828 HWV** |
| **BRIAN JOSEPH LONG** | **:** | |
| **Debtor** | **:** | **CHAPTER 13** |

**ORDER**

**Upon consideration of Debtor's Second Motion for Extension of Time to File Schedules, Summary of Schedules, Statistical Summary of Certain Liabilities and Related Data, Means Test, Pay Stubs, Statement of Financial Affairs and Chapter 13 Plan,**

**IT IS HEREBY ORDERED AND DECREED that the deadline for filing the aforementioned pleadings in the above captioned case is extended through September 21, 2026.**