UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHAPTER 13

Debtors:

Brian Joseph Long Bankruptcy 1:26-01828

**WITHDRAWAL OF CLAIM**

TO THE CLERK:

Kindly withdraw the claim number 12 filed on August 14, 2026 in the amount of $13,959.19. Our counsel will be refiling as part of a greater claim.

Executed on 09/02/26

Name: Lynn S Unger

Title: Bankruptcy Specialist-Members 1st FCU

Address: 5000 Marketplace Way, Enola, PA 17025

Phone: 717-795-5188 Email: Bankruptcy@Members1st.org