United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01828-HWV
Brian Joseph Long Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Sep 01, 2026 Form ID: ntnew341 Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Joseph Long, 840 Peters Mountain Road, Dauphin, PA 17018-9388 |
| cr | + | Gulf Coast Bank & Trust Co., c/o Saldutti Law Group, 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 5813954 | + | Aes Members 1st FCU, Attn: Bankruptcy, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5820593 | | Affirm Master Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5813957 | + | Central Renovations & Restorations,, 840 Peters Mountain Road, Dauphin, PA 17018-9388 |
| 5813961 | + | Cynthia Long, 1015 Lee Avenue, Dauphin, PA 17018-9455 |
| 5813962 | + | Dauphin County Tax Claim Bureau, PO Box 1295, Harrisburg, PA 17108-1295 |
| 5813963 | + | Eckert Seamans Cherin & Mellott, LL, 213 Market Street, 8th Floor, Harrisburg, PA 17101-2141 |
| 5819808 | + | Gulf Coast Bank & Trust Co., successor by assignme, c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| 5813964 | + | Juniata County Tax Claim Bureau, Courthouse, PO Box 68, Mifflintown, PA 17059-0068 |
| 5817121 | + | Juniata County Tax Claim Bureau, 1 N Main St, Mifflintown, PA 17059-1004 |
| 5813967 | | Middle Paxton Township, 10 Elizabeth Avenue, Dauphin, PA 17018 |
| 5813969 | + | PPL Electric Utilities Corpora, Attn: Bankruptcy, 444 Highway 96 East P.O. Box 64378, St. Paul, MN 55164-0378 |
| 5813971 | + | Santander Bank, N.A., c/o Saldutti Law Group, 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 5814259 | + | U.S. Department of Housing and Urban Development, 77 West Jackson Boulevard, Chicago, IL 60604-3579 |
| 5813976 | + | West Hanover Township, c/o Salzmann Hughes, PC, 1801 Market Street, Suite 300, Camp Hill, PA 17011-4803 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5813955 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 01 2026 19:07:09 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5813956 | ^ | MEBN | Sep 01 2026 18:57:45 | Capital One Bank, c/o Ratchford Law Goup PC, 54 Glenmaura National Blvd #104, Moosic, PA 18507-2161 |
| 5813958 | + | Email/Text: petriebkcy@aol.com | Sep 01 2026 19:02:00 | Charles E. Petrie, Esquire, 3528 Brisban Street, Harrisburg, PA 17111-1803 |
| 5813959 | + | Email/Text: bankruptcycollections@citadelbanking.com | Sep 01 2026 19:02:00 | Citadel Credit Union, Attn: Bankruptcy, 520 Eagleview Boulevard, Exton, PA 19341-1119 |
| 5814506 | + | Email/Text: bankruptcycollections@citadelbanking.com | Sep 01 2026 19:02:00 | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 5813960 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2026 19:07:05 | CitiBank, N.A./HomeDepot, c/o Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 5826272 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2026 19:07:06 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5813952 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 01 2026 19:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5813965 | + | Email/Text: Unger@Members1st.org | Sep 01 2026 19:01:00 | Members 1st FCU, Attn: Bankruptcy, PO Box 8893, Camp Hill, PA 17001-8893 |

| | | | | |
|---|---|---|---|---|
| 5813966 | + | Email/Text: Unger@Members1st.org | Sep 01 2026 19:01:00 | Members First Federal Credit Union, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5813953 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 01 2026 19:01:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5825542 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2026 19:07:09 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5821274 | + | Email/Text: bankruptcynotices@psecu.com | Sep 01 2026 19:02:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5813970 | + | Email/Text: bankruptcynotices@psecu.com | Sep 01 2026 19:02:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5813968 | + | Email/PDF: ebnotices@pnmac.com | Sep 01 2026 19:17:29 | PennyMac Loan Services, LLC, Attention: Bankruptcy, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5827638 | + | Email/PDF: ebnotices@pnmac.com | Sep 01 2026 19:17:21 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5813972 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 01 2026 19:07:01 | Secretary of Housing & Urban Develo, 451 Seventh Street SW, Washington, DC 20410-0001 |
| 5813973 | + | Email/Text: bankruptcynotices@sba.gov | Sep 01 2026 19:02:00 | Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 5813974 | ^ | MEBN | Sep 01 2026 18:57:48 | U.S. Department of the Treasury, Attn: Bankruptcy, 3201 Pennsy Drive, Building E, Landover, MD 20785-1603 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Bank, N.A., c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| 5813975 | * | US Treasury Department, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abbie Trone | on behalf of Creditor Members 1st Federal Credit Union atrone@riceparklaw.com |

| | |
|---|---|
| | mdempsey@riceparklaw.com;vrodriguez@riceparklaw.com |
| Gary J Imblum | on behalf of Debtor 1 Brian Joseph Long gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Rebecca K McDowell | on behalf of Creditor Gulf Coast Bank & Trust Co. rmcdowell@slgcollect.com pwirth@slgcollect.com;anovoa@slgcollect.com |
| Robert L Saldutti | on behalf of Creditor Gulf Coast Bank & Trust Co. rsaldutti@salduttic ollect.com lmarciano@salduttic ollect.com;anovoa@slgcollect.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brian Joseph Long,

**Debtor 1**

Chapter 13

Case No. 1:26−bk−01828−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: October 8, 2026<br><br>Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 1, 2026 |

ntnew341 (09/23)