United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01828-HWV
Brian Joseph Long Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Oct 27, 2026 Form ID: ntcnfhrg Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Joseph Long, 840 Peters Mountain Road, Dauphin, PA 17018-9388 |
| cr | + | Gulf Coast Bank & Trust Co., c/o Saldutti Law Group, 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 5813954 | + | Aes Members 1st FCU, Attn: Bankruptcy, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5813957 | + | Central Renovations & Restorations,, 840 Peters Mountain Road, Dauphin, PA 17018-9388 |
| 5813961 | + | Cynthia Long, 1015 Lee Avenue, Dauphin, PA 17018-9455 |
| 5813962 | + | Dauphin County Tax Claim Bureau, PO Box 1295, Harrisburg, PA 17108-1295 |
| 5813963 | + | Eckert Seamans Cherin & Mellott, LL, 213 Market Street, 8th Floor, Harrisburg, PA 17101-2141 |
| 5819808 | + | Gulf Coast Bank & Trust Co., successor by assignme, c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| 5817121 | + | Juniata County Tax Claim Bureau, 1 N Main St, Mifflintown, PA 17059-1004 |
| 5813964 | + | Juniata County Tax Claim Bureau, Courthouse, PO Box 68, Mifflintown, PA 17059-0068 |
| 5830535 | + | Justin George, 79 St. Paul Drive, Chambersburg, PA 17201-1020 |
| 5830086 | + | Members 1st Federal Credit Union, Care of Rice Park Law, LLC, 79 East Pomfret Street, Carlisle, PA 17013-3313 |
| 5813967 | | Middle Paxton Township, 10 Elizabeth Avenue, Dauphin, PA 17018 |
| 5813969 | + | PPL Electric Utilities Corpora, Attn: Bankruptcy, 444 Highway 96 East P.O. Box 64378, St. Paul, MN 55164-0378 |
| 5813971 | + | Santander Bank, N.A., c/o Saldutti Law Group, 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 5814259 | + | U.S. Department of Housing and Urban Development, 77 West Jackson Boulevard, Chicago, IL 60604-3579 |
| 5813976 | + | West Hanover Township, c/o Salzmann Hughes, PC, 1801 Market Street, Suite 300, Camp Hill, PA 17011-4803 |
| 5830536 | #+ | West Hanover Township Authority, 7171 Allentown Blvd., Harrisburg, PA 17112-3602 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5813954 | + | Email/Text: Bankruptcy@Members1st.org | Oct 27 2026 16:34:00 | Aes Members 1st FCU, Attn: Bankruptcy, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5820593 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2026 16:33:48 | Affirm Master Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5813955 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2026 16:33:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5813956 | ^ | MEBN | Oct 27 2026 16:28:53 | Capital One Bank, c/o Ratchford Law Goup PC, 54 Glenmaura National Blvd #104, Moosic, PA 18507-2161 |
| 5813958 | + | Email/Text: petriebkcy@aol.com | Oct 27 2026 16:34:00 | Charles E. Petrie, Esquire, 3528 Brisban Street, Harrisburg, PA 17111-1803 |
| 5813959 | + | Email/Text: bankruptcycollections@citadelbanking.com | Oct 27 2026 16:34:00 | Citadel Credit Union, Attn: Bankruptcy, 520 Eagleview Boulevard, Exton, PA 19341-1119 |
| 5814506 | + | Email/Text: bankruptcycollections@citadelbanking.com | Oct 27 2026 16:34:00 | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 5813960 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2026 16:33:50 | CitiBank, N.A./HomeDepot, c/o Portfolio |

| | | | | |
|---|---|---|---|---|
| | | | | Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 5826272 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2026 16:44:11 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5813952 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2026 16:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5813965 | + | Email/Text: Unger@Members1st.org | Oct 27 2026 16:34:00 | Members 1st FCU, Attn: Bankruptcy, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5813966 | + | Email/Text: Unger@Members1st.org | Oct 27 2026 16:34:00 | Members First Federal Credit Union, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5813953 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 27 2026 16:34:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5825542 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2026 16:33:50 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5821274 | + | Email/Text: bankruptcynotices@psecu.com | Oct 27 2026 16:34:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5813970 | + | Email/Text: bankruptcynotices@psecu.com | Oct 27 2026 16:34:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5813968 | + | Email/PDF: ebnotices@pnmac.com | Oct 27 2026 16:44:11 | PennyMac Loan Services, LLC, Attention: Bankruptcy, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5827638 | + | Email/PDF: ebnotices@pnmac.com | Oct 27 2026 16:44:11 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5813972 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 27 2026 16:33:50 | Secretary of Housing & Urban Develo, 451 Seventh Street SW, Washington, DC 20410-0001 |
| 5813973 | + | Email/Text: bankruptcynotices@sba.gov | Oct 27 2026 16:34:00 | Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 5813974 | ^ | MEBN | Oct 27 2026 16:28:54 | U.S. Department of the Treasury, Attn: Bankruptcy, 3201 Pennsy Drive, Building E, Landover, MD 20785-1603 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Bank, N.A., c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| 5813975 | * | US Treasury Department, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abbie Trone | on behalf of Creditor Members 1st Federal Credit Union atrone@riceparklaw.com mdempsey@riceparklaw.com;vrodriguez@riceparklaw.com |
| Gary J Imblum | on behalf of Debtor 1 Brian Joseph Long gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Rebecca K McDowell | on behalf of Creditor Gulf Coast Bank & Trust Co. rmcdowell@slgcollect.com pwirth@slgcollect.com;anovoa@slgcollect.com |
| Robert L Saldutti | on behalf of Creditor Gulf Coast Bank & Trust Co. rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;anovoa@slgcollect.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Brian Joseph Long,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 1:26−bk−01828−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 11, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: November 18, 2026<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 9, 2026 |

ntcnfhrg (08/21)